# NOT  DESIGNATED  FOR  PUBLICATION

Mark Owen Foster
Louisiana Appellate Project
1214 Ridge Vista Court
Lawrenceville GA 30043

Edward John Marquet
Attorney at Law
Post Office Box 53733
Lafayette LA 70505-3733

**REHEARING ACTION: August 15, 2012**

**Docket Number: 11   00904-KA**

**STATE OF LOUISIANA
VERSUS
L. W.**

**Appealed from Cameron Parish Case No. 131263,131267,131268,
131269,131271,131272**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters
> Hon. Elizabeth A. Pickett
> Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **L. W.** has this day been

> **DENIED.**
> Peters, J., would grant rehearing.

cc: Hon. Cecil R. Sanner, Counsel for the Appellee
    Winfred Thomas Barrett, III, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**